# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AKEEM FOLLY** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **BERNADETTE MASON, THE** : | |
| **DISTRICT ATTORNEY OF THE** : | |
| **COUNTY OF PHILADELPHIA and THE** : | |
| **ATTORNEY GENERAL OF THE** : | |
| **STATE OF PENNSYLVANIA** : | **NO. 20-6592** |

## ORDER

**NOW**, this 12th day of July, 2022, upon consideration of the Amended Petition for Writ of *Habeas Corpus* (Doc. No. 2), the response to the Petition, the petitioner's reply, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey (Doc. No. 18), and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Elizabeth T. Hey is **APPROVED** and **ADOPTED**;

2. The Amended Petition for Writ of *Habeas Corpus* is **DISMISSED WITHOUT PREJUDICE**; and

3. No certificate of appealability shall issue because the petitioner has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

/s/ TIMOTHY J. SAVAGE J.